1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SALVADOR MICHAEL ROBLES,           )       No. C 13-5019 LHK (PR)
                                       )
12              Plaintiff,             )       ORDER OF DISMISSAL
                                       )
13       v.                            )
                                       )
14  UNKNOWN,                           )
                                       )
15              Defendants.            )
                                       )
16

17     On October 28, 2013, plaintiff, proceeding *pro se*, filed a letter which commenced this
18  action. The same day, the Clerk notified plaintiff that he had not paid the filing fee, nor had he
19  filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified plaintiff that
20  he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a
21  new IFP application and instructions for completing it. Plaintiff was further cautioned that his
22  failure to either file a completed IFP application or pay the filing fee within twenty-eight days
23  would result in the dismissal of this action. In addition, plaintiff was advised that his failure to
24  file a complaint within twenty-eight days would result in the dismissal of this action. To date,
25  plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.
26     Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter
27  judgment and close the file.
28

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Robles019disifpcomp.wpd

1     IT IS SO ORDERED.

2 DATED: 11/25/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge