IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MICHAEL ROBLES,<br><br>              Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>              Defendants. | No. C 13-5019 LHK (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/25/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Robles019jud.wpd